## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**WILLIE ATKINS**                                                      **PLAINTIFF**

**VS.**                          **NO. 4:13CV-00116 SWW**

**SERGEANT DAVID MILLER,**
**ET AL.**                                                     **DEFENDANTS**

### ORDER

Before the Court is defendants' motion for summary judgment to which plaintiff responded. Pursuant to Fed.R.Civ.P. 56(d), the Court finds plaintiff's counsel has shown by affidavit that he cannot present facts essential to justify plaintiff's opposition to the motion. The Court therefore denies the motion for summary judgment without prejudice. By separate order, the Court will reschedule the trial date and set new discovery and motions deadlines.

IT IS THEREFORE ORDERED that the motion for summary judgment [ECF No, 18] is denied without prejudice.

DATED this 9th day of May, 2014.

                                                   /s/Susan Webber Wright
                                                   UNITED STATES DISTRICT JUDGE