**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**WILLIE ATKINS**                                                                                   **PLAINTIFF**

**VS.**                                       **NO. 4:13CV-00116 SWW**

**SERGEANT DAVID MILLER,**
**ET AL.**                                                                                          **DEFENDANTS**

### Order of Dismissal

Upon plaintiff's motion to dismiss with prejudice stating that the parties have entered into a full and final settlement of all claim brought in this action,

IT IS THEREFORE ORDERED that the motion [ECF No. 30] be, and it is hereby, granted, and this action is dismissed with prejudice.

DATED this 17th day of December, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE